1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10   AISHA PANKEY,

11         Plaintiff,                                    Case No. 2:11-CV-00428-KJD-PAL

12   v.                                                  **ORDER**

13   RESCUE MISSION–LAS VEGAS,

14         Defendant.

15

16         Presently before the Court is the Report of Findings and  Recommendation (#4) of Magistrate

17   Judge Peggy A. Leen recommending that Plaintiff's complaint be dismissed for failure to comply

18   with the Screening Order (#2) and failure to assert a federally cognizable claim.  Though the time for

19   doing so has passed, no objections to the magistrate judge's order have been filed.  The Court has

20   conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and

21   LR IB 3-2.  The Court finds that the Report of Findings and  Recommendation (#4) of the United

22   States Magistrate Judge entered September 27, 2011, should be adopted and affirmed.

23         Furthermore, Court mail addressed to Plaintiff has been returned as unclaimed.  Thus, the

24   Court also dismisses the complaint against defendant in accordance with Local Special Rule 2-2 for

25   Plaintiff's failure to update her current address.

26

IT IS THEREFORE ORDERED that the Report of Findings and  Recommendation (#4) of the United States Magistrate Judge entered September 27, 2011, is **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice for failure to comply with the Court's Screening Order (#2) and failure to assert a federally cognizable claim, and in accordance with LSR 2-2.**

DATED this 18th  day of October 2011.


_____
Kent J. Dawson
United States District Judge