# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AISHA PANKEY,<br><br>       Plaintiff,<br><br>v.<br><br>RESCUE MISSION–LAS VEGAS,<br><br>       Defendant. | Case No. 2:11-CV-00428-KJD-PAL<br><br>**ORDER** |

Presently before the Court is the Report of Findings and Recommendation (#4) of Magistrate Judge Peggy A. Leen recommending that Plaintiff's complaint be dismissed for failure to comply with the Screening Order (#2) and failure to assert a federally cognizable claim. Though the time for doing so has passed, no objections to the magistrate judge's order have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Report of Findings and Recommendation (#4) of the United States Magistrate Judge entered September 27, 2011, should be adopted and affirmed.

Furthermore, Court mail addressed to Plaintiff has been returned as unclaimed. Thus, the Court also dismisses the complaint against defendant in accordance with Local Special Rule 2-2 for Plaintiff's failure to update her current address.

1  IT IS THEREFORE ORDERED that the Report of Findings and Recommendation (#4) of
2 the United States Magistrate Judge entered September 27, 2011, is **ADOPTED** and **AFFIRMED**;
3  IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice for**
4 **failure to comply with the Court's Screening Order (#2) and failure to assert a federally**
5 **cognizable claim, and in accordance with LSR 2-2.**
6  DATED this 18th day of October 2011.

_____
Kent J. Dawson
United States District Judge